Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANTHONY SKARPELETZOS, by D. N. BOTASSI, Greek Consul, Respondent, v. COUNES & RAPTIS CORPORATION, Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award affirmed on opinion of Kellogg, P. J., in *Casella* v. *McCormick* (180 App. Div. 94). All concurred, except Lyon, J., dissenting on his opinion in that case.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE MARLAND, Respondent, for Compensation under the Workmen's Compensation Law, v. SMITH & PEARSON, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ABRAHAM ABELSON, Respondent, for Compensation under the Workmen's Compensation Law, v. STEINWAY & SONS, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of THERESA VOLK, Widow, on Behalf of Herself and Infant Children of CHARLES VOLK, Employee, Respondent, for Compensation under the Workmen's Compensation Law, v. L. GRETSCH & Co., Employer, and UNITED STATES CASUALTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE SOLOTAR, Mother, Respondent, for Compensation under the Workmen's Compensation Law, for the Death of MAX SOLOTAR, v. F. NEUGLASS & Co., Employer, and ÆTNA LIFE INSURANCE COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

In the Matter of the Application of the UPPER SARANAC INN COMPANY, INC., Respondent, for an Order Enjoining FRED COKEY, from Trafficking in Liquors Contrary to the Provisions of the Liquor Tax Law, Respondent, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of JOHN E. WARD, Appellant, for a Peremptory Writ of Mandamus, Addressed to Herbert S. Sisson, as State Commissioner of Excise of the State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred, except John M. Kellogg, P. J., dissenting.

AUGUST MASSETTI, Respondent, v. FRANK LACKIUSA and TONY D'ANGELO, Appellants.— Judgment and order unanimously affirmed, with costs.